FILED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08    3281    MHP (PR)

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint ~~or petition~~ to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / ~~letter~~ / exhibits / ~~motion~~ / no complaint ~~or petition~~)
(blank complaint form / ~~petition~~ attached)

Rev. 5/08

WARREN V. THORNTON