Edgar Lee Warren, In pro per
Inmate ID: 137286
Butte County Jail - B-Pod-66-L
35 County Center Dr.
Oroville, Ca 95965

**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-fil...

(PR)

MHP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee Warren

    Plaintiff,

vs.

Officer Thornton
the Law library
    Defendant.

CV 08  3281

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Edgar Lee Warren, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I have never worked and_
5  _Edgar Lee Warren was on SSI IN - 2004.H_
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or            Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,         Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                     Yes ___ No _X_
14     d.   Pensions, annuities, or            Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                      Yes ___ No _X_
24  Spouse's Full Name: _N/A_
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5  *None*
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ___
10 Make *None* _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 *None*
16 Present balance(s): $ *N/A*
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 *None*
21 8.    What are your monthly expenses?
22 Rent: $ *None* _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Acct.</u>
26 *None*      $ _____      $ _____
27 _____      $ _____      $ _____
28 _____      $ _____      $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  NONe
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes X  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed. When I was at the Jail at Los Angeles, ca
9  I had an attorney File something I Don't Know
10  what the out come is I cannot conact my attorney bech
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  June 23-2008                    Edgar Lee Warren
17       DATE                        SIGNATURE OF APPLICANT
18  My attorney name in the other case is
19  Mr. FRderick A. McNeill
20  Phone number (310) 497-2124
21
22  2011 Arlington AV
23  Los Angeles, ca 90018
24
25
26
27
28

|   |   |
|---|---|
| 1 |   |
| 2 | Case Number: _____ |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee Warren_ for the last six months at

[prisoner name]

_Butte county Jail_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _55 &_ .

Dated: _June 23-2008_ _____

[Authorized officer of the institution]

Sergean and officer here at Butte county Jail on the DAte June 19-2008 Say they is not going to put any submit a certificate of Funds in Prison's account Prison any more and sergeant and officer the is not going to attach a copy of your Edgar Lee Warren prisoner trust accunt statement showing trasactons for the last six months and Warren have all of-B-pod here at Butte county Jail as witnesses on this issues and warren have any money on his books six months But 55 & so send what He got that showing in this Jail and that all I can do and soon and soon

Signature _Edgar Lee Warren_ DAte June 23-2008



OFFICE OF THE CLERK, U.S.
District Court, NORTHERN
District of California
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

Edgar Lee Warron
35 County Center DR.
Oroville, CA 95965

Confidential
Legal Mail
Federal Mail
Federal Court

RECEIVED

JUN 2 6 2008

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA