OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

REFUSED
RETURN TO SENDER

Edgar Lee Warren

Oroville Ca 95965

BUTTE COUNTY SHERIFF'S DEPT.
☐ NOT IN CUSTODY
☐ OPENED FOR INSPECTION
☐ RETURN TO SENDER

RECEIVED
JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP



02 1A
0004329682        $0
MAILED FROM ZIP CO...
UNITED STATES POSTAGE
JUL

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MAILED FROM ZIP CODE 94102

REFUSED
RETURN TO SENDER

☐ BUTTE COUNTY SHERIFF'S DEPT.
☐ NOT IN CUSTODY
☐ OPENED FOR INSPECTION
☐ RETURN TO SENDER

Edgar Lee Warren

Oroville Ca 95965

RECEIVED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

Edgar Lee WARREN, In pro per
Inmate ID: 137286
Butte County Jail-B-Pod-66-L
35 County Center Dr.
Oroville, ca 95965

**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-fil...

550

(PR)

MHP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee WARREN

                                Plaintiff,

        vs.

OFFICER THORNTON
Cruz Law library        Defendant.

**CV 08    3281**

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Edgar Lee WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____    Net: _____

Employer: _____

_____